FIRST NATIONAL BANK OF ROCK SPRINGS, WYOMING, Appellant, *v.* JEROME B. RICE, Respondent, Impleaded with Another.

*First Nat. Bank of Rock Springs* v. *Rice*, 120 App. Div. 902, affirmed. (Argued June 11, 1908; decided September 29, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 28, 1907, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action to recover on a promissory note.

*Erskine C. Rogers* for appellant.

*George B. Wellington* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.